**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DRAPER FRANK WOODYARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 25-000429-JB-N** |
| | ) | |
| **BALDWIN COUNTY** | ) | |
| **SHERIFF'S DEPARTMENT, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the claims against Officers Lavendoski and Kramer be **DISMISSED with prejudice**, and Plaintiff's claims against the Baldwin County Corrections Center, Sheriff and Warden and this Complaint be and is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 24th day of September, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE